Form ctmcnfdsc

## UNITED STATES BANKRUPTCY COURT
### District of Connecticut

In Re: Kasia Curwen and Robert Curwen
Debtor(s)

Case No.: 14–51331
Chapter: 13

**Court's Motion to Confirm that Discharge not enter due to previous discharge pursuant to §1328(f)(1) and (2) or 727(a)(8) or (9), whichever is applicable**

Dated: 8/29/14

*Gary M. Gfeller*

Gary M. Gfeller, Clerk